# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 22, 2025 | **Time:** 11 minutes<br>1:54 p.m. to 2:05 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 25-cv-03324-WHO | **Case Name:** Shipley v. Meta Platforms, Inc. | |

**Attorneys for Plaintiff:** Annick M. Persinger and Sophia G. Gold
**Attorneys for Defendant:** Bambo Obaro and Andrew Zee

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Marla Knox

## PROCEEDINGS

Hearing on Motion to Dismiss conducted via videoconference. The Court summarizes tentative that claims need to be argued with greater specificity. The Court will take judicial notice of plaintiff's supplemental exhibits but without any inference as to defendants. Argument of counsel heard. A written order granting the motion to dismiss with leave to amend will be issued.